UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Armand Skrine,

Plaintiff,

-against-

Christopher Collins.,

Defendant.

ORDER

1:23-cv-04575-ENV

VITALIANO, D.J.

I am recused.

So Ordered.

Dated: Brooklyn, New York
June 23, 2023

/s/ Eric N. Vitaliano
ERIC N. VITALIANO
United States District Judge