UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ARMAND SKRINE,

                              Petitioner,

           -against-                          23-CV-04575-DG

CHRISTOPHER COLLINS,

                              Respondent.

## APPEARANCE OF COUNSEL

To: The Clerk of the Court and Petitioner

      I am admitted and authorized to practice in this Court. I appear in this case as counsel for Christopher Collins, Respondent.

                              /s Thomas B. Litsky

                              Thomas B. Litsky (TL-8976)
                              Assistant District Attorney

                              MICHAEL E. McMAHON
                              District Attorney
                              Richmond County
                              Attorney for Respondent
                              130 Stuyvesant Place
                              Staten Island, New York 10301
                              Thomas.Litsky@rcda.nyc.gov
                              (phone) 718-556-7120
                              (fax) 718-556-7100

Dated: July 25, 2023
Staten Island, New York