
**THE**
**LEGAL AID**
**SOCIETY**

**Criminal Appeals Bureau**
**199 Water Street**
**New York, NY 10038**
Natalie Rea
Tel: 212-577-3403
www.legal-aid.org

**Twyla Carter**
*Attorney–in–Chief*

**Justine M. Luongo**
*Attorney-in-Charge*
*Criminal Practice*

**David E. Loftis**
*Attorney-in-Charge*
*Post Conviction and*
*Forensic Litigation*

January 3, 2023

VIA ECF
The Honorable Diane Gujarati
United States District Judge
United States District Court
Easter District of New York
225Cadman Plaza East
Brooklyn, New York 11201

Re:   Skrine v. Collins
      23-cv-04575-DG

Your Honor:

With this letter, I seek a first extension of time to file my reply to respondent's opposition to our petition for a writ of habeas corpus under 18 U.S.C. §2254, filed December 19, 2023. In light of an upcoming argument in the New York Court of Appeals and a short vacation, I am asking for an extension to file my reply from January 9, 2024 to February 16, 2024. Counsel for the respondent, cced below, has graciously consented to this request. Thank you for your consideration.

Respectfully yours,

NATALIE REA (NR 2266)

cc:   Thomas B. Litsky