**THE LEGAL AID SOCIETY CRIMINAL DEFENSE**

Criminal Appeals Bureau
199 Water Street
New York, NY 10038
(212) 577-3564
www.legal-aid.org

Tel (212) 577-3403
NRea@legal-aid.org

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

Justine M. Luongo
*Attorney-in-Charge*
*Criminal Practice*

David Loftis
*Attorney-in-Charge*
*of Post-Conviction and Forensic Litigation*

February 13, 2024

VIA ECF
The honorable Diane Gujarati
United States District Judge
United States District Court
Easten District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Skrine v. Collins
      23-cv-04575 (DG)

Your Honor:

With this letter, I seek a second extension of time to file my reply to respondent's opposition to our petition for a writ of habeas corpus under 28 U.S.C. §2254. The reply is currently due February 16, 2024, (ECF #15), and I am asking for a two-week extension to March 1, 2024. Counsel for respondent, cced below, has graciously consented to this request. Thank you for your consideration.

Respectfully,

Natalie Rea (NR 2266)
Staff Attorney
NRea@legal-aid.org
Tel: 212-577-3403

cc: Thomas B. Litsky

**Justice in Every Borough.**