# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Armand Skrine | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-04575 (DG) |
| Christopher Collins | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Armand Skrine.

Date: 02/16/2024

/s
*Attorney's signature*

Benjamin Welikson 4944435
*Printed name and bar number*

The Legal Aid Society
199 Water Street
New York, NY 10038
*Address*

bwelikson@legal-aid.org
*E-mail address*

(917) 581-2750
*Telephone number*

*FAX number*